UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CR419-126 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| JANNA CARRUTH VOGLER | ) | |

ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

    a)    November 29, 2019 through December 3, 2019, for the purpose of out-of-district personal travel.

    b)    December 23, 2019 through December 27, 2019, for the purpose of out-of-district personal travel.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates, a substitute Assistant United States Attorney may handle the matter.

SO ORDERED, this 7th day of October 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA