UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NUMBER 4:19cr126 |
| | ) |
| JANNA CARRUTH VOGLER, | ) |

## ORDER APPROVING LEAVE OF ABSENCE

The Court, having read and considered counsel's Motion for Leave of Absence, and for good cause shown therein, counsel's Motion for Leave of Absence is hereby **GRANTED** for the following dates:

a) October 25, 2019, for the purpose of continuing legal education in Augusta;

b) October 31, 2019 through November 1, 2019 for the purpose of travel for an out-of-state deposition;

c) November 15, 2019 for the purpose of travel for an out-of-state deposition.

IT IS FURTHER ORDERED that should a hearing be set during those dates, counsel may provide for a fitting substitute to handle the matter.

SO ORDERED this 21st day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA