UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR419-126 |
| | ) | |
| v. | ) | |
| | ) | |
| **JANNA CARRUTH VOGLER** | ) | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Steven H. Lee, counsel for Plaintiff, from March 20, 2020. After careful consideration, said Motion is **GRANTED,** however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED**, this 23rd day of January 2020.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA